Form 24

**FORM 24. Bill of Costs**

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2010-1162    Caption: B: HOWMEDICA OSTEONICS V ZIMMER INC, 2010-1162

The Clerk is requested to tax the following costs against: C: Howmedica Osteonics Corp., Plaintiff-Appellant

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | N.A. | |
| Table of Designated Materials (original) | xxxxx | E: | F: | 6.00 | N.A. | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | 0.08 | N.A. | |
| Brief (original) | xxxxx | E: 66 | 38.57 | 6.00 | 38.57 | 38.57 |
| Brief (cover and binding) | G: 18 | xxxxx | 74.41 | 2.00 | 36.00 | 36.00 |
| Brief (copying and collating) | G: 18 | H: 66 | 695.31 | 0.08 | 95.04 | 95.04 |
| Appendix (original - table of contents) | xxxxx | E: | | 6.00 | N.A. | |
| Appendix (covers and binding) | G: | xxxxx | | 2.00 | N.A. | |
| Appendix (copying and collating) | G: | H: | | 0.08 | N.A. | |
| Reply Brief (original) | xxxxx | E: | | 6.00 | N.A. | |
| Reply Brief (covers and binding) | G: | xxxxx | | 2.00 | N.A. | |
| Reply Brief (copying and collating) | G: | H: | | 0.08 | N.A. | |
| Other (describe): | I: | J: | | | N.A. | |
| GRAND TOTALS | | | | | 169.67 | 169.61 |

City/County of Chicago/Cook    ) District/State of Illinois ) SS

I, K: David Callahan    , swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _____    Date: 10/26/10    Attorney for: L: Zimmer, Inc. and Centerpulse Orthopedics, Inc., Defendants-Appellees

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
OCT 27 2010
JAN HORBALY
CLERK

By: _____ Date: 12/21/10
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
CERTIFIED COPY

12/21/10

148

# Invoice

**Date** 5/30/10     **Account #** K0114-25



2818 Fallfax Drive • Falls Church, Virginia 22042-2804
Billing Inquiries: (703) 289-9000 • Fax: (703) 876-9657
billing@balmar.com

Remit To: Balmar, Inc.
P.O. Box 3330 • Merrifield, Virginia 22116-3330
LESLEY AHLBERG

KIRKLAND & ELLIS    VENDOR #130634
655 15TH ST NW   #1200
WASHINGTON DC   20005-5701
ATTN ACCOUNTS PAYABLE

Customer's Order No.     Customer Contact

| Inv. No. | | | |
|---|---|---|---|
| 19713 | 33 FEDCIR-ZIMMER BRIEF | | 1329.40 |
| | | | 1329.40 |
| | | TAX | 79.76 |
| | | TOTAL | 1409.16 |

FSC
Balmar is an FSC Certified Printer
SCS-COC-00518

Terms: NET 30 DAYS
INTEREST ON PAST DUE ACCOUNTS 1.5 % PER MONTH (18% PER ANNUM)
THANK YOU FOR YOUR BUSINESS

Balmar, Inc.
ID # 04-3725251

PLEASE PAY FROM INVOICE

PLEASE SUBMIT THIS STUB WITH PAYMENT

| | |
|---|---|
| CUST # | K0114 |
| INV # | 19713 |
| DATE | 5/30/10 |
| AMOUNT | 1409.16 |
| AMOUNT PAID | |

**Balmar, Inc.**
**P.O. Box 3330**
**Merrifield, Virginia 22116-3330**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2010, I caused one (1) original copy and three (3) true and correct copies of the foregoing **BILL OF COSTS FOR DEFENDANTS-APPELLEES ZIMMER, INC. AND SMITH AND NEPHEW, INC.** to be filed with the Court. Additionally, the undersigned certifies that a true and correct copy was served upon the following counsel via hand delivery:

> Gregory J. Vogler
> Timothy J. Malloy
> Patricia J. McGrath
> Christopher M. Scharff
> McANDREWS, HELD & MALLOY, LTD.
> 500 West Madison
> 34th Floor
> Chicago, Illinois 60661
> gvogler@mcandrews-ip.com
> tmalloy@mcandrews-ip.com
> pmcgrath@mcandrews-ip.com
> cscharff@mcarrdrews-ip.com
> *Counsel for Howmedica Ostenonics Corp.*

_____
David K. Callahan, P.C.