IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWMEDICA OSTEONICS CORP.<br><br>    Plaintiff,<br>v.<br><br>ZIMMER, INC.,<br>CENTERPULSE ORTHOPEDICS, INC.<br>(formerly known as SULZER<br>ORTHOPEDICS, INC.),<br><br>    Defendants. | Case No.: 05-CV-897-WHW-CLW<br><br>*Document Electronically Filed*<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Day: September 19, 2016 |

## NOTICE OF DEFENDANT ZIMMER'S MOTION
## FOR FEES AND PREJUDGMENT INTEREST

William H. Trousdale
Brian M. English
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY, LLP
3 Becker Farm Road
Fourth Floor
Roseland, NJ 07068-1726
Tel: 973-622-3000
Fax: 973-623-7780
wtrousdale@tompkinsmcguire.com
benglish@tompkinsmcguire.com

Of Counsel
Bryan S. Hales P.C.
Bryan C. Rutsch
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Tel: 312-862-2000
Fax: 312-862-2200
bhales@kirkland.com
brutsch@kirkland.com

David K. Callahan P.C.
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: 312-876-7700
Fax: 312-993-9767
david.callahan@lw.com

*Counsel for Zimmer, Inc., and Centerpulse Orthopedics, Inc.*

**TO:**
William P. Deni, Jr.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
wdeni@gibbonslaw.com

<u>Of Counsel:</u>
Timothy J. Malloy
Sharon A. Hwang
Patricia J. McGrath
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
tmalloy@mcandrews-ip.com
shwang@mcandrews-ip.com
pmcgrath@mcandrews-ip.com

**PLEASE TAKE NOTICE** that on September 19, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Zimmer Inc. and Centerpulse Orthopedics, Inc. (referred to collectively as "Zimmer") shall move before the Honorable William H. Walls, U.S.D.J., at Martin Luther King Jr. Federal Building & Untied States Courthouse, 50 Walnut Street, Newark, New Jersey for an Order granting Defendant Zimmer's Motion for Fees And Prejudgment Interest.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Zimmer shall rely upon the following motion papers submitted herewith: (1) Defendant Zimmer's Brief in Support of Motion for Fees And Prejudgment Interest (with the unredacted version filed Under Seal); and (2) the Declaration of Bryan Rutsch in support of Defendant Zimmer's Motion for Fees And Prejudgment Interest, with Exhibits 1-68 attached, wherein Exhibits 19-22, 29, 36, 41, 43, 46-51, 53-54, 60, and 62-63 are filed Under Seal. A proposed form of Order is also enclosed with this motion.

      **PLEASE TAKE FURTHER NOTICE** that the Defendants request oral argument on this motion if timely opposition is filed.

DATED:  August 26, 2016

Respectfully submitted,

_____
William H. Trousdale
Brian M. English
TOMPKINS, MCGUIRE, WACHENFELD & BARRY, LLP
3 Becker Farm Road
Fourth Floor
Roseland, New Jersey 07068-1726
Tel:  973-622-3000
Fax:  973-623-7780
wtrousdale@tompkinsmcguire.com
benglish@tompkinsmcguire.com

<u>Of Counsel</u>
Bryan S. Hales P.C.
Bryan C. Rutsch
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Tel:  312-862-2000
Fax:  312-862-2200
bhales@kirkland.com
brutsch@kirkland.com

David K. Callahan P.C.
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel:  312-876-7700
Tel:  312-993.9767
david.callahan@lw.com

*Counsel for Zimmer, Inc., and Centerpulse Orthopedics, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I caused copies of this Notice of Motion, Brief in Support of Motion, Declaration of Bryan C. Rutsch (with Exhibits 1-68), and a proposed form of Order to be served upon all counsel in this matter by ECF and Email on August 26, 2016.

I hereby certify that the foregoing statements made by me true. I recognize that if any are willfully false, I am subject to punishment.

Dated: August 26, 2016

Brian M. English