UNITED STATES DISTRICT COURT
MINUTES OF PROCEEDINGS

NEWARK                                                                              DATE: SEPTEMBER 8, 2017

**Judge :** HON. WILLIAM H. WALLS
**Court Reporter:** Yvonne Davion
**Deputy Clerk :** Ellen Mc Murray

**TITLE OF CASE:**                                                                Civ # 05-897   (WHW)

HOWMEDICA OSTEONICS CORP v. ZIMMER, INC. et al

**APPEARANCES :**

| | |
|---|---|
| William Deni Jr. Esq , for plaintiff | William H. Trousdale, Esq for defendant |
| Sharon Hwang, Esq for plaintiff | Dave Callaghan, Esq for defendant |
| Patricia McGrath, Esq for plaintiff | Brian Hales, Esq for defendant |
| Debra Lawton, Esq, for plaintiff | Brian Rutsch, Esq for defendant |
| Stephanie Samz, Esq for plaintiff | |

**NATURE OF PROCEEDINGS:**     Motion Hearing

Hearing on motion for Attorney fees
Court reserves decision

Ellen Mc Murray
Court Room Deputy

Time Commenced: 11:40 am
Time Adjourned:    12:45 pm